UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



CURTIS MARK GUTHRIE #224613         PETITIONER

VERSUS                              3:23cv280 HTW-LGI

JUDGE LISA DODSON, HARRISON COUNTY  CIVIL ACTION NO. 1:22CV282-LG-
MISSISSIPPI, MISSISSIPPI DEPARTMENT
OF CORRECTIONS; AND STATE OF MISSISSIPPI    RESPONDENTS

## MOTION TO FILE CIVIL ACTION

THE PETITIONER, CURTIS MARK GUTHRIE #224613, PRO SE, PRAYS THIS COURT TO FILE AN ADITIONAL CIVIL ACTION OF DEFAMATION AND SLANDER BY THE PAROLE BOARDS OPINION THAT THE SOCIAL, MENTAL OR EDUCATIONAL RESOURCES ARE LACKING WHICH ARE NECESSARY TO FUNCTION SUCCESSFULLY ON PAROLE. PURSUANT TO SECTION 47-7-17 OF THE MISSISSIPPI CODE ANNOTATED. THERE WAS NO HEARING ON THESE MATTERS IN MY PRESENCES. THERE ARE NO PHYSICAL OR MEDICAL RECORDS TO SUPPORT SAID OPINIONS BY THE MISSISSIPPI PAROLE BOARD. THESE ACCUSATIONS WERE INITIATED BY MS. WILSON (CASE WORKER) B-DORM MARSHALL COUNTY CORRECTION FACILITY. I AM A TWO TIME HONORABLY DISCHARGED UNITED STATES ARMY VETERAN.

*Curtis Mark Guthrie #224613*

CURTIS MARK GUTHRIE #224613
MARSHALL COUNTY CORRECTIONAL FACILITY
833 WEST STREET / P.O. BOX 5188
HOLLY SPRINGS, MS. 38634 / 39634-5188