IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CURTIS MARK GUTHRIE, #224613                                                    PLAINTIFF

v.                                                              CIVIL ACTION NO. 3:23-cv-280-HTW-LGI

MISSISSIPPI PAROLE BOARD, ET AL.                                               DEFENDANTS

FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 4th day of January, 2024.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE